COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 3:24:48 PM
CHRISTOPHER A. PRINE
Clerk

THIS RECORD IS DUE ON MAY 27, 2025

I AM REQUESTING 30 DAYS

THIS RECORD IS APPROXIMATELY 240 PAGES LONG

IS THIS APPEAL ACCELERATED?  NO

FIFTEENTH COURT OF APPEALS CAUSE NO. 15-25-00081-CV

STYLE OF CASE:  Ram Industries vs. Rough Creek

TRIAL COURT:  18th District Court, Johnson County, Texas

TRIAL COURT CAUSE NO. C10940

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reasons:

I have been working on back-to-back appeals.  They were back-to-back trials.  I am almost finished with this appeal.  I just need a little more time.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed.  I further certify that the information contained in this notice is true and within my personal knowledge.

May 27, 2025                                    Sherry Boehmer,CSR

(972)748-6254

sboehmer@johnsoncountytx.org                   Court Reporter

The following parties have been served with a copy of this document:

Lead Counsel for Appellant:

Mr. Matthew Witherel
    State Bar No. 24081385
    Lanza Law Firm
    4950 Bissonnet Street
    Houston, Texas  77401
    eservice@mlm-lawfirm.com
Attorney for Defendant Ram Industries Acquisitions, LLC


Lead Counsel for Appellee:

    Mr. Carey Fraser
    State Bar No. 00796578
    193 S. Graham Street
    Stephenville, Texas  76401
    fraser@fwblawtx.com

Attorney for Plaintiff Rough Creek Operating, LP